**ORDERED.**

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: December 11, 2009



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21403/0207531302

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-BK-19855-EWH |
| Jacqueline S. Rucker | Chapter 7 |
| Debtors. | O R D E R |
| Wells Fargo Bank, N.A. | (Related to Docket # 8) |
| Movant, | |
| vs. | |
| Jacqueline S. Rucker, Debtors; Stanley J. Kartchner, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on December 9, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Thomas E. Littler, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 16, 2008, and recorded on February 28,

2008, in the office of the Maricopa County Recorder at 13252-1276 wherein Wells Fargo Bank, N.A. is the current beneficiary and Jacqueline S. Rucker have an interest in, further described as:

Lot 58 of Silver Pass, as shown by map recorded in Book 46 of maps and plats at page 37, Pima county, Arizona, and by Declaration of Scrivener's Error recorded in Docket 9939 at page 781:

Except all coal and other minerals as reserved in the Patent from the United States of America.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____

JUDGE OF THE U.S. BANKRUPTCY COURT